FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAULA HOCTOR,<br><br>     Plaintiff,<br><br>     v.<br><br>KITTITAS COUNTY, a municipal<br>corporation,<br><br>     Defendant. | NO. 1:19-cv-03201-SAB<br><br>**ORDER DISMISSING DEFENDANT'S THIRD AFFIRMATIVE DEFENSE** |

Before the Court is the parties' Stipulation to Dismiss Affirmative Defense, ECF No. 14. The motion was heard without oral arguments. The parties stipulate and agree that Defendant Kittitas County will withdraw its third affirmative defense that Plaintiff failed to exhaust her administrative remedies.

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulation to Dismiss Affirmative Defense, ECF No. 14, is **accepted** and **entered** into the record.

//

//

//

//

//

//

//

**ORDER DISMISSING DEFENDANT'S THIRD AFFIRMATIVE DEFENSE**
* 1

1    2. Defendant Kittitas County's third affirmative defense that Plaintiff failed

2 to exhaust her administrative remedies is **DISMISSED**.

3    **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter

4 this Order and to provide copies to counsel.

5    **DATED** this 19th day of December 2019.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING DEFENDANT'S THIRD AFFIRMATIVE DEFENSE**
\* 2