FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAULA HOCTOR,<br><br>    Plaintiff,<br><br>    v.<br><br>KITTITAS COUNTY, a municipal corporation,<br><br>    Defendant. | No. 1:19-CV-03201-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS** |

    Before the Court is the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 87. The parties stipulate and request the Court dismiss this matter with prejudice and without costs or attorney's fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion to dismiss.

//
//
//
//
//
//
//
//

**ORDER GRANTING STIPULATED MOTION TO DISMISS** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 87, is **GRANTED**.

2. This matter is **DISMISSED with prejudice** and without costs or attorney's fees to any party.

3. The trial date and any remaining pretrial deadlines are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 9th day of November 2022.



Stanley A. Bastian
Chief United States District Judge